*E-FILED*
**January 10, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BRITO,

    Plaintiff,

  v.

NEW UNITED MOTOR MANUFACTURING, INC.,

    Defendant.
_____/

No. C 06-06424 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the request of plaintiff and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for January 17, 2007 at 2:30 p.m. is continued to **April 18, 2007 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than April 11, 2007. The parties shall file a joint Case Management Conference Statement no later than April 11, 2007.

Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated: January 10, 2007

/s/ Richard Seeborg
_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

David Y. Chun    dchun@chunlaw.com

Dated: January 10, 2007

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg