\*\*E-filed 6/28/07\*\*

1  ERIC C. BELLAFRONTO, Bar No. 162102
   ebellafronto@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   14th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5
   Attorneys for Defendant
6  NEW UNITED MOTOR MANUFACTURING, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  ANTHONY BRITO,                    Case No.  C 06 06424 JF

13            Plaintiff,               **STIPULATION FOR DISMISSAL AS TO DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC. ONLY**

14     v.

15  NEW UNITED MOTOR MANUFACTURING, INC., AND DOES 1-20,

16            Defendants.

17

(CASE NO.  C 06 06424 JF)

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

1     IT IS HEREBY STIPULATED by and between Plaintiff ANTHONY BRITO and Defendant NEW UNITED MOTOR MANUFACTURING, INC. and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) as to Defendant NEW UNITED MOTOR MANUFACTURING, INC. ONLY. Each party to bear its own costs and fees.

Dated: June 20, 2007

_____
DAVID Y. CHUN
Attorney for Plaintiff
ANTHONY BRITO

Dated: June 19, 2007

_____
ERIC C. BELLAFRONTO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR
MANUFACTURING, INC.

IT IS SO ORDERED,

Dated: June 27, 2007

_____
HON. JUDGE JEREMY FOGEL

Firmwide:82640532.1 048320.1004

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

(CASE NO. C 06 06424 JF)   2.   STIPULATION FOR DISMISSAL